# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00742-CV

### In re Donald Eugene Barrett, Relator

### HABEAS CORPUS PROCEEDING FROM BLANCO COUNTY

## WRIT OF HABEAS CORPUS

TO THE STATE OF TEXAS, COUNTY OF BLANCO

TO:     THE 33RD DISTRICT COURT OF BLANCO COUNTY, TEXAS

Having considered the petition for writ of habeas corpus and the record filed with this Court on November 7, 2013, this Court concludes that Relator is illegally restrained pursuant to an order holding Relator in contempt and committing him to county jail, which was rendered by the 33rd District Court of Blanco County, Texas, on November 1, 2013, in cause number CV-07542, styled In the Matter of the Marriage of Hope Lianna Barrett and Donald Eugene Barrett and in the Interest of A.J.B., R.C.B., and I.R.B., Children, on the docket of said court. IT IS THEREFORE ordered that the trial court's order holding Relator in contempt and committing him to county jail is vacated and Relator is released from the effects of the order, in accordance with the attached opinion of this Court.

ISSUED under my hand and seal December 23, 2013.

_____
Jeffrey D. Kyle, Clerk